Jason BROOM, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 46605.

Missouri Court of Appeals,
Western District.

Aug. 10, 1993.

James L. McMullin, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of sale of a controlled substance, § 195.211, RSMo Supp. 1992, and trafficking drugs in the second degree, § 195.223, RSMo Supp.1992, and from concurrent prison terms of ten years.

Judgment affirmed pursuant to Rule 30.-25(b).